## \*\* CIVIL MINUTES \*\*

Date: 8/28/2020 　　　　　　　　　　　　　　　　Judge: Hilton
　　　　　　　　　　　　　　　　　　　　　　　　Reporter: J. Egal

Time: 10:00 am – 10:05 am

Civil Action Number:　1:20cv00860

Gary et al v. Virginia Department of Elections et al

| Counsel for Plaintiffs: | Counsel for Defendants: |
|---|---|
| Zachary DeVore | Carol Louise Lewis |
| Steven Traubert | Heather Lockerman |

Appearance of Counsel.

Matter on for:

[20] Plaintiff's Motion for Preliminary Injunction – Motion withdrawn and Order Entered.